FILED
SEP 2 2 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Waco_____ DIVISION

Joseph Ross Huffman
_____
(Enter your full name)
    Plaintiff(s)

v. Effren Music Group et. al.,
Dale Marc Effren, Kris Bradley,
Devon Simon Reese
_____
(Enter full name of each Defendant)
    Defendant(s)

CASE NUMBER: __W16CA379__
(To be supplied by Intake Deputy)

## COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)
   Joseph Ross Huffman, 124 Chestnut DR, Coperas Cove, TX 76522
2. Second Paragraph (Name and Address(es) of Defendant(s))
   Dale Marc Effren, DBA Effren Music Group, 9663 Santa Monica BLVD STE 726, Beverley Hills, CA 90210
3. Third Paragraph (Jurisdiction Plea).
   Title 17 USC Chapter 5 Section 504 (c1&c2) & Title 28 USC Chapter 28 Section 1338(b)
4. Fourth Paragraph ....
   Defendents: Untypical (BMI Work #: 19923327) infringes Plaintiff: It was untypical (BMI Work #: 8353657)
5. Fifth Paragraph ...
   $5000.00 & injunctive relief

The final paragraph should contain a statement of the relief you are seeking.  This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed) Joseph Ross Huffman
Address 124 Chestnut DR
Telephone Number Copperas Cove, TX 76522

**Work Title**: IT WAS UNTYPICAL

| | | |
|---|---|---|
| **BMI Work #**: 8353657 | **ISWC**: T-072.740.891-4 | |
| **Date Registered**: 09/06/2006 | **Registration Origin**: Works Registration | |

| **Songwriter/Composer** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| HUFFMAN JOSEPH ROSS | BMI | 200.00% | 00500573198 |

| **Publisher** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| EXCESS WRITER CLEARANCE | NA | 0.00% | |

## UNTYPICAL Title

Title Detail
**BMI Work #** 19923327
**ISWC #** T-917058292-0
**Total Controlled by BMI:** 100.00%

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| EFFREN DALE MARC | BMI | 405524095 |
| KRIS BRADLEY | BMI | 658367305 |

| Publishers | Current Affiliation | CAE/IPI # |
|---|---|---|
| EFFREN MUSIC GROUP | BMI | 748582892 |

Artists
BRADLEY KRIS
REESE SIMON DEVON

e-lyricz
i
recommend
publish online / original (song)lyrics
Home | Register | How-to | Author Login

August 12 |

Search

**Sept. 15. 08 - THIS SITE IS TEMP. CLOSED FOR A TOTAL SYSTEM OVERHAUL** since this version is falling apart as many of you have noticed

**PLEASE DO NOT ATTEMPT TO PUBLISH (or edit) IN THE MEANTIME. THAT WORK WILL BE LOST**
All existing lyrics untill sept 15. will reappear in the new website. All authors will recieve an email when the new site is up and running.
This will be within 4 weeks - so that is half October.
Thanx for your patience

xml

DONATE

lyric categories | Song Lyrics | theme: reflection | by: Joseph Huffman

It was untypical
(Verse 1)
When we wake up in the morning
And let the coffee brew
We read the newspaper
After our showers
Never any conversating
And hardly even a sound
Before we're out the door
As the clock passes time away
(Chorus)
It was untypical
The way you moved me
The way you shook me
The way you grooved me
It was untypical
(Verse 2)
When we're home in the evening
And nothing to tend to
We watch the television
We stare at the tube
Zitcoms not much of anything
No excitment to be found
Flip through the stations more
As the clock passes time away
(Repeat Chorus)
(Verse 3)
At night there's no romancing
And the words they are few
We don't hold each other
Yet are never hurt
Between us there's no heartbreaking
Never even make a sound
Same as the night before
As the clock passes time away
(Repeat Chorus)
(Verse 4)
Twenty fifth year annaversary
And will have grand kids soon
Not in eack others vision
Though our sight is good
Brief moment of fantasizing
No romance is ever found
Flip through the stations more
As the clock passes time away

by **Joseph Huffman**
published 15-Aug-2006
contact Joseph Huffman for permission before you use 'It was untypical' in any form
'It was untypical' © 2006 Joseph Huffman/Joseph Huffman - All rights reserved
It was untypical
Joseph Huffman
This lyric has been mailed 1 time(s). (since 11-30-03)

copyright ©1999-2008 www.e-LyricZ.com & Lyrics © by the individual authors, all rights reserved
FAQ | Terms of Use | Privacy policy | Contact | Bookmark e-LyricZ

untypical

Upload 

### Devon Reese Simon - Untypical [Official music video] DRS4224

Up next    Autoplay


**Out The Door - by 12 yr old Devon Reese Simon**
Devon Reese Simon
12,266 views


**Start an Online Business**      ✕
Ad  by Empowered Living
76,539 views


**Mix - Devon Reese Simon - Untypical**
YouTube

### Devon Reese Simon - Untypical [O... video] DRS4224

 Devon Reese Simon
849

**Want to remove ads?**
Get ad-free videos and music with YouTube Red.
No thanks    Try it free


**Devon Reese Simon - The Bright Side**
Devon Reese Simon
368 views


**Mack Z It's A Girl Party Official Music**
Mack Z
35,605,327 views

Published on May 9, 2014
NOW ON iTunes! https://itunes.apple.com/us/album/unt...
Devon sings, performs, and skates her butt off with her girls (the look is very old school rink cool and disco Xanadu rad) to this awesome new, original pop song, "Untypical" written by Dale Effren and Kris

SHOW MORE


**Be your Girl - by 11 yr old Devon Reese**
Devon Reese Simon
13,678 views

**COMMENTS · 39**

 Add a public comment...

**Bonnie McKee - American Girl**
BonnieMcKeeVEVO
30,091,335 views

Top comments ▼

**Iggy Azalea - Fancy (Explicit) ft. Charli**
iggyazaleamusicVEVO
762,408,259 views

 **hisroyalness2** 1 year ago
EXCELLENT FUN SONG IN A ROLLER RINK, my favorite place to be... Great song and vid.
Published on May 9, 2014
NOW ON iTunes! https://itunes.apple.com/us/album/unt...
Devon sings, performs, and skates her butt off with her girls (the look is very old school
Read more
1

**Someone Like You - Adele (sung by 10 yr**
Devon Reese Simon
21,215 views

 **Devon Reese Simon** 1 year ago
+hisroyalness2  AWE THANK YOU SOOOOO SOOOO MUCH FOR ALL THE GREAT COMMENTS AND FUNNY RESPONSES IN GENERAL!!! I LIKE YOUR STYLE!!! XO
1

**Untypical**
Devon Reese Simon - Topic
15 views

 **hisroyalness2** 1 year ago
+Devon Reese Simon ALWAYS GLAD TO DO SO - i really hope you get opportunity for bunches of studio time, and music videos. I enjoy seeing the young having fun, and your screen charisma.

**One Direction - You & I**
OneDirectionVEVO
278,489,109 views

 **Coma White** 1 month ago
I don't like this kind of music, but your voice is beautiful

**Concrete Blonde - Joey by 11yr old**
Devon Reese Simon

PORTLAND OR 970

19 SEP 2016 PM 1 L

US District Clerks Office
800 Franklin Ave, Room 380
Waco, TX 76701

76701-193480